```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                  Case No. 15-02328-RNO
Mark E. Corradi                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: CGambini        Page 1 of 1        Date Rcvd: Sep 07, 2016
                            Form ID: pdf010       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2016.
4789357        +SUEZ Water Environment Svcs Inc,   453 S Lawrence Street,   Middletown, PA 17057-1132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2016 at the address(es) listed below:
              Chad J. Julius    on behalf of Debtor Mark E. Corradi cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com
              Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE | : CHAPTER 13 |
| MARK E. CORRADI | : CASE NO.: 1-15-bk-02328-RNO |
|     Debtor | : |
| MARK E. CORRADI | : |
|     Movant | : |
| vs. | : |
| CHARLES J. DeHART, III, TRUSTEE | : |
| SUEZ WATER ENVIRONMENTAL | : |
| SERVICES INC. | : |
|     Respondents | : |

**ORDER**

Upon Consideration of the Motion of the Debtor to allow the claim of Suez Water Environmental Services, Inc. to be treated as timely filed, the Motion is Granted. Suez' Claim is considered timely filed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: September 7, 2016