IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK E. CORRADI :
        Debtor : CASE NO.: 1:15-bk-02328-RNO
         : CHAPTER 13

## WITHDRAWAL OF PROOF OF CLAIM #11-1 FILED BY DEBTOR

To the Clerk of the Bankruptcy Court:

    1.    Please withdraw the Proof of Claim filed by the Debtor on behalf of Suez Water docketed at claim number 11-1.

    2.    No objections or complaints have been filed against the claimant.

    3.    Claimant SUEZ Water has participated in the case and has since filed its own proof of claim at Claim 10-1. The claim is not necessary in light of this honorable court allowing Claim 10-1.

                Respectfully submitted,

                JACOBSON & JULIUS

Date: October 4, 2016        s/ Chad J. Julius
                Chad J. Julius
                ID# 209496
                8150 Derry Street
                Harrisburg, PA 17111
                Phone: 717.909.5858
                FAX: 717.909.7788
                Counsel for Debtor