IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARK E. CORRADI       :
         Debtor               :       CASE NO.:   1:15-bk-02328-RNO
                              :       CHAPTER 13

### WITHDRAWAL OF THE WITHDRAWAL PROOF OF CLAIM #11-1 FILED BY DEBTOR

To the Clerk of the Bankruptcy Court:

    1.    Please withdraw the withdrawal of the Proof of Claim filed by the Debtor on behalf of Suez Water docketed at claim number 11-1 on October 4, 2016. The claim was withdrawn by counsel by mistake.

    2.    Claim 11-1 should remain a claim on the docket in this case.

    3.    No objections or complaints have been filed against the claimant.

                                 Respectfully submitted,

                                 JACOBSON & JULIUS

Date: October 5, 2016                s/ Chad J. Julius
                                 Chad J. Julius
                                 ID# 209496
                                 8150 Derry Street
                                 Harrisburg, PA 17111
                                 Phone: 717.909.5858
                                 FAX:   717.909.7788
                                 Counsel for Debtor