```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
In re:                                                         Case No. 15-02328-RNO
Mark E. Corradi                                                Chapter 13
        Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-1          User: CGambini           Page 1 of 1           Date Rcvd: Oct 05, 2016
                              Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 07, 2016.
4789357        +SUEZ Water Environment Svcs Inc,   453 S Lawrence Street,   Middletown, PA 17057-1132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 5, 2016 at the address(es) listed below:
              Chad J. Julius    on behalf of Debtor Mark E. Corradi cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MARK E. CORRADI | : | CASE NO.: 1-15-bk-02328-RNO |
|     Debtor | : | |
| | : | |
| CHARLES J. DEHART, III, TRUSTEE | : | |
|     Objectant | : | |
| | : | |
| vs. | : | |
| | : | |
| SUEZ WATER ENVIRONMENTAL SERVICES, INC. | : | |
|     Claimant | : | |

## ORDER

After due consideration of the Trustee's Objection to Claim No. 10 of Suez Water Environmental Services, Inc. and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, after hearing held on October 5, 2016, it is

ORDERED that the Trustee's Objection to Claim No. 10 of Suez Water Environmental Services, Inc. is SUSTAINED and Claim No. 10 shall be deemed untimely filed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: October 5, 2016