```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                       Case No. 15-02328-RNO
Mark E. Corradi                                              Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-1          User: LyndseyPr              Page 1 of 2                  Date Rcvd: Apr 27, 2017
                              Form ID: ordsmiss           Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
db             #+Mark E. Corradi,    104 E. Water Street,    Middletown, PA 17057-1871
4655335         +Advanced Recovery Systems,    PO Box 80766,    Valley Forge, PA 19484-0766
4655342         +EOS CCA,   700 Longwater Dr.,    Norwell , Massachusetts 02061-1624
4655343         +HACC,   1 HACC Drive,    Harrisburg, PA 17110-2999
4655347         +Navy Federal Credit Union,    PO Box 3700,    Attn.: Cbr Disputes,
                  Merrifield, Virginia 22119-3700
4696288         +PNC Bank, National Association,    c/o KML Law Group, P.C.,    701 Market Street, Suite 5000,
                  Philadelphia, PA 19106-1541
4655352         +PNC Mortgage,    PO Box 8703,    Dayton, Ohio 45401-8703
4655350         +Pay Pal Buyer Credit,    PO Box 105658,    Atlanta, Georgia 30348-5658
4655351          Penn State Hershey Medical Center,    PO Box 643291,    Pittsburgh, Pennsylvania 15264-3291
4789357         +SUEZ Water Environment Svcs Inc,    453 S Lawrence Street,    Middletown, PA 17057-1132
4655356         +South Central EMS, Inc.,    8065 Allentown Blvd.,    Harrisburg, PA 17112-9796
4801406         +United Water c/o,    SUEZ Water Environment Svcs Inc,    453 S Lawrence Street,
                  Middleton, PA 17057-1132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4655336         +EDI: AMEREXPR.COM Apr 27 2017 18:48:00     American Express,    PO Box 981537,
                  El Paso, Texas 79998-1537
4655337         +EDI: TSYS2.COM Apr 27 2017 18:48:00     Barclays Bank Delaware,    PO Box 8803,
                  Wilmington, Delaware 19899-8803
4655338         +EDI: CAPITALONE.COM Apr 27 2017 18:48:00     Capital One Bank,    PO Box 30281,
                  Salt Lake City, Utah 84130-0281
4671984          EDI: CAPITALONE.COM Apr 27 2017 18:48:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC  28272-1083
4655339          EDI: WFNNB.COM Apr 27 2017 18:48:00     Comenity Bank/Vct.Secrets,    PO Box 182789,
                  Columbus, Ohio 43218-2789
4655341         +EDI: RCSFNBMARIN.COM Apr 27 2017 18:48:00     Credit One Bank,    PO Box 98873,
                  Las Vegas, Nevada 89193-8873
4655340         +EDI: RCSFNBMARIN.COM Apr 27 2017 18:48:00     Credit One Bank,    Bank Card Center,
                  PO Box 98873,    Las Vegas, Nevada 89193-8873
4655344         +EDI: HFC.COM Apr 27 2017 18:48:00     HSBC Bank,    PO Box 9,    Buffalo, New York 14240-0009
4690780          EDI: RESURGENT.COM Apr 27 2017 18:48:00     LVNV Funding, LLC its successors and assigns as,
                  assignee of FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,
                  Greenville, SC 29603-0587
4655345          E-mail/Text: unger@members1st.org Apr 28 2017 09:50:40     Members 1st FCU,    PO Box 40,
                  Mechanicsburg, Pennsylvania 17055-0040
4655346         +EDI: MID8.COM Apr 27 2017 18:48:00     Midland Funding LLC,    8875 Aero Drive, Ste. 200,
                  San Diego, California 92123-2255
4655348         +E-mail/Text: electronicbkydocs@nelnet.net Apr 28 2017 09:50:25      Nelnet,
                  3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
4655349         +EDI: AGFINANCE.COM Apr 27 2017 18:48:00     OneMain Financial,    6801 Colwell Blvd.,
                  C/S Care Dept.,    Irving, Texas 75039-3198
4702884          EDI: PRA.COM Apr 27 2017 18:48:00     Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
4655353         +E-mail/Text: bankruptcynotices@psecu.com Apr 28 2017 09:50:38      PSECU,    PO Box 67013,
                  Harrisburg, Pennsylvania 17106-7013
4655357          EDI: AGFINANCE.COM Apr 27 2017 18:48:00     Springleaf,    3120 Parkview Ln, Ste 101,
                  Harrisburg , PA 17111
4665555          EDI: AGFINANCE.COM Apr 27 2017 18:48:00     Springleaf Financial Services,    PO Box 3251,
                  Evansville, IN 47731
4655358         +EDI: RMSC.COM Apr 27 2017 18:48:00     SYNCB/Old Navy,    PO Box 965005,
                  Orlando , Florida 32896-5005
4655359         +EDI: RMSC.COM Apr 27 2017 18:48:00     SYNCB/Sams Club Dual Card,    PO Box 965005,
                  Orlando, Florida 32896-5005
4655360         +EDI: WTRRNBANK.COM Apr 27 2017 18:48:00     Target Card Services,    PO Box 660170,
                  Dallas, Texas 75266-0170
4658133          EDI: WFFC.COM Apr 27 2017 18:48:00     Wells Fargo Bank, N.A.,    P.O. Box 19657,
                  Irvine, CA 92623-9657
4655361         +EDI: WFFC.COM Apr 27 2017 18:48:00     Wells Fargo Dealer Services,    PO Box 25341,
                  Santa Ana, CA 92799-5341
                                                                                               TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4655354*        +PSECU,   PO Box 67013,    Harrisburg, Pennsylvania 17106-7013
4655355*        +PSECU,   PO Box 67013,    Harrisburg, Pennsylvania 17106-7013
                                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:
              Chad J. Julius    on behalf of Debtor Mark E. Corradi cjulius@ljacobsonlaw.com,
               brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Mark E. Corradi **Debtor(s)** | Chapter 13 |
| | Case No. 1:15−bk−02328−RNO |

### Order

Upon consideration of the Motion to dismiss case and it having been determined after notice and opportunity for hearing, that the case should be dismissed, it is

**ORDERED** that the above−named case of the debtor(s) be and is hereby dismissed.

Dated: April 27, 2017

By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk